IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MABEL ELLISON,

Plaintiff,

v.

FAMILY DOLLAR STORES, INC.,

Defendant.

Case No. 15-cv-748 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 6, 2017**           JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray,*
  **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**